IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

E-FILED

v.                                         Case No. : 3:17 CR 00024- RV-1

DAVID DOCKERY,

---

## MOTION FOR EXTENSION OF TIME TO REPORT TO
## US MARSHAL'S OFFICE OR DESIGNATED FACILITY

COMES NOW, Defendant, David Dockery, by and through his undersigned attorney and hereby moves this Court to extend the time for Mr. Dockery to report to a designated federal correction facility or the US Marshals and as grounds therefore states:

1.  On July 6, 2017, Defendant, David Dockery appeared before the Court for sentencing.

2.  The Court imposed a sentence of 12 months and one day of incarceration to be followed by 3 years of supervised release.

3.  The Court ordered the Defendant released pending a referral to a designated federal facility of incarceration or by no later than noon on August 15, 2017 to the US Marshal's Office.

4.  On August 13, 2017, Mr. Dockery was involved in an ATV accident.

5.  Mr. Dockery sustained a left radial open shaft fracture.

6.  Mr. Dockery underwent orthopedic surgery to repair his arm and to place a plate and screw fixation in his arm.

7.  Mr. Dockery is presently being treated at North Okaloosa Medical Center.

8.  Mr. Dockery's release from the hospital is pending for August 14, 2017.

9. Dr. David A. Lalli, Mr. Dockery's orthopedic surgeon, indicates that Mr. Dockery will need to be seen for follow up appointments on August 15, 2017 and August 24, 2017.

10. Dr. Lalli also indicates that Mr. Dockery will need to have post surgical rehabilitative therapy.

11. Dr. Lalli estimates that Mr. Dockery will need one month for the recovery and rehabilitative process.

12. Mr. Dockery requests that the Court extend the time for him to report to a designated facility or to the US Marshal's Office for an additional 30 days.

13. Pursuant to Local Rule, the undersigned has consulted with Assistant United States Attorney Ed Knight and can state that the Government has no objection to this motion.

WHEREFORE, Defendant, David Dockery prays this Court will enter an order extending the time for him to report to a designated federal facility or the US Marshal's Office for 30 days.

Respectfully Submitted,

/s/ *Barry W. Beroset*
BARRY W. BEROSET
Beroset and Keene
1622 North 9th Avenue
Pensacola, FL 32503
Phone: (850) 438-3111
FBN: 145143
Counsel for Defendant

\*             \*             \*             \*             \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by e-service to Edwin Knight, Assistant United States Attorney, on this the _____ day of August, 2017.

/s/ *Barry W. Beroset*
BARRY W. BEROSET
Beroset and Keene
1622 North 9th Avenue
Pensacola, FL 32503
Phone: (850) 438-3111
FBN: 145143
Counsel for Defendant